| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-cv-03629 |
|---|---|---|---|

JERRY BALDRIDGE

*versus*

SUNPATH LTD.

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | ANGELA K. TROCCOLI<br>KIMMEL & SILVERMAN, P.C<br>30 E BUTLER AVE<br>AMBLER, PA 19002<br>215-540-8888 EXT. 308<br>MA Bar Number: 651593<br>651593 |

| Name of party applicant seeks to appear for: | JERRY BALDRIDGE |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/31/2022 | Signed: | /s/Angela K. Troccoli |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:         Clerk's signature

**Order**            **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                              United States District Judge