IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **JERRY BALDRIDGE,** § § § | |
| Plaintiff, § | **Civil Action No.: 4:21-cv-3629** |
| § § | |
| v. § § | |
| **SUNPATH, LTD.,** § § | |
| Defendant. § § § | |

### DECLARATION OF JERRY BALDRIDGE

I, Jerry Baldridge, hereby declare as follows:

1. I am the Plaintiff in the above-captioned matter.

2. At all times relevant hereto, I resided in Montgomery, Texas.

3. I registered my cell phone number (254) XXX-0022 on the national Do Not Call Registry on January 2, 2006 in order to obtain solitude from unwanted and invasive telemarketing calls.

4. I used that cell phone for residential purposes at all times.

5. Despite the fact I did not consent to receive calls from SunPath or request any calls about vehicle service contracts, I received a total of eight (8) unwanted calls from telemarketers acting on SunPath's behalf from September through November of 2019.

    o September 19, 2019 9:24 am Central from (254) 266-4816

    o November 4, 2019 3:00 pm Central   from (254) 267-9266

    o November 5, 2019 2:43 pm Central   from (254) 267-9266

    o November 6, 2019 9:36 am Central   from (254) 267-9266

- o November 8, 2019 11:36 pm Central from (254) 267-9266
- o November 15, 2019 12:53 pm Central from (254) 267-9266
- o November 16, 2019 9:54 am Central from (254) 267-9266
- o November 19, 2019 10:37 am Central from (254) 267-9266

6. I have attached as Exhibit "A", a redacted copy of my phone bill reflecting the September 19, 2019 call and seven screen shots for the subsequent calls from SunPath's agent(s).

7. During a 29-minute call on September 19, 2019, I inquired about the company calling me so I could ascertain the calling party's identity.

8. During that call, the agent for the calling party disclosed he was calling on behalf of SunPath and directed me to website www.GoSunPath.com.

9. I created the "nickname" reflecting "SunPath" for the September 19, 2019 call in the attached phone records.

10. The next seven (7) calls were made in November 2019 and all came from (254) 267-9266. (*See* Ex. A.)

11. On November 15, 2019 I answered the call from (254) 267-9266 and spoke with another of SunPath's agents who identified himself as "Brian Jordan" and told me I could visit SunPath's website at www.GoSunPath.com or call back at 1-888-990-7786.

12. I have confirmed that call-back number 1-888-990-7786 belongs to SunPath.

13. Because the six (6) other calls identified in November all came from the same caller ID- (254) 267-9266 – as the November 15, 2019 call I answered, I am confident each of those seven calls from that number were made on SunPath's behalf.

- 3 -

Wherefore, on this 7th day of February, 2022, I, Jerry Baldridge, hereby certify the foregoing is true and correct subject to penalty of perjury.

SO CERTIFIED:

*Jerry Baldridge*
—C8575783DB75431...

JERRY BALDRIDGE