# EXHIBIT "A"

# Individual Usage Details

🖨 Print  |  💾

Download ↕

**Device:**

TERI L BALDRIDGE | 254.███.0022 ↕

View details by: Talk ↕

**Billing period:**

**Current Billed Usage**   Sep 21, 2019 - Oct 20, 2019 ↕

Show:  ⦿ Nicknames   ◯ Numbers   Nickname a number   Manage contacts

Search by: Date ↕   Ex: mm/dd/yyyy 🔍

| Date / Time ▲ | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|
| | | | | | |
| 09/19/2019   09:24AM | 📞 Sunpath | Incoming, CL | SDDV | 29 | 0.00 |
| | | | | | |





# +1 (254) 267-9266

United States







message     call     Whats...     mail     pay

---

## November 4, 2019

**3:00 PM  Incoming Call**
12 seconds

---

**Share Contact**

---

**Create New Contact**

---

**Add to Existing Contact**

---

**Add to Emergency Contacts**

---

**Share My Location**



# +1 (254) 267-9266

United States

    

message   call   Whats...   mail   pay

---

**November 5, 2019**

**2:43 PM**    **Incoming Call**

11 seconds

---

Share Contact

---

Create New Contact

---

Add to Existing Contact

---

Add to Emergency Contacts

---

Share My Location



# +1 (254) 267-9266

United States

    

message    call    Whats...    mail    pay

---

November 6, 2019

9:36 AM   **Missed Call**

---

Share Contact

---

Create New Contact

---

Add to Existing Contact

---

Add to Emergency Contacts

---

Share My Location



# +1 (254) 267-9266

United States


message


call

Whats...

mail


pay

---

**November 8, 2019**

**11:36 AM  Incoming Call**
      18 seconds

---

**Share Contact**

---

**Create New Contact**

---

**Add to Existing Contact**

---

**Add to Emergency Contacts**

---

**Share My Location**



# +1 (254) 267-9266

United States



message



call



Whats...



mail



pay

## November 15, 2019

**1:22 PM   Canceled Call**

**12:53 PM   Incoming Call**
29 minutes

**Share Contact**

**Create New Contact**

**Add to Existing Contact**

**Add to Emergency Contacts**

**Share My Location**



# +1 (254) 267-9266

United States

  

| message | call | Whats... | mail | pay |
|---------|------|----------|------|-----|

---

## November 16, 2019

**9:54 AM** **Incoming Call**
15 seconds

---

**Share Contact**

---

**Create New Contact**

---

**Add to Existing Contact**

---

**Add to Emergency Contacts**

---

**Share My Location**



# +1 (254) 267-9266

United States

message call Whats... mail  pay

**Yesterday**

10:37 AM  **Missed Call**

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Share My Location