Case 4:21-cv-03629 Document 23 Filed on 03/04/22 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 04, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JERRY BALDRIDGE, | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. H-21-3629 |
| SUNPATH, LTD., | § § § | |
| Defendant. | § | |

## ORDER

Pending before the Court is Defendant SunPath, Ltd.'s Motion to Dismiss Plaintiff's Complaint (Document No. 8). To be subject to specific jurisdiction, a defendant must take "some act by which [it] purposefully avails itself of the privilege of conducting activities within the forum State." *Hanson v. Denckla*, 357 U.S. 235, 253 (2013). Based on the evidence presented, the Court finds Baldridge established Texas has personal jurisdiction over SunPath and adequately pleaded facts sufficient to support his claims. Thus, having considered the motion, submissions, and applicable law, the Court determines the motion should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant SunPath, Ltd.'s Motion to Dismiss Plaintiff's Complaint (Document No. 8) is **DENIED**.

SIGNED at Houston, Texas, on this 4th day of March, 2022.

                                                    DAVID HITTNER
                                           United States District Judge