# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **JERRY BALDRIDGE** | § | |
| | § | |
| v. | § | CASE NO. 4:21-cv-3629 |
| | § | |
| **SUNPATH, LTD.** | § | |

## ORDER

On this day came before this Court Defendant SunPath, Ltd.'s Unopposed Motion for Leave to File Answer. Upon reviewing the Motion and the arguments and evidence contained therein, this Court finds that the Motion should, in all things, be granted. Therefore, it is

ORDERED that Defendant SunPath, Ltd.'s Unopposed Motion for Leave to File Answer be, and the same hereby is, GRANTED; and it is further

ORDERED that the Clerk of the Court shall file Defendant SunPath's Original Answer, attached as an exhibit to the Motion [Doc. 25-1] as SunPath's answer in this case.

SIGNED on this the ___ day of April, 2022.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE

_____
Order

1