United States District Court
Southern District of Texas
**ENTERED**
July 23, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **JERRY BALDRIDGE,** §<br>§<br>§<br>Plaintiff, §<br>§<br>**v.** §<br>§<br>**SUNPATH, LTD.,** §<br>§<br>Defendant. §<br>§<br>§<br>§ | **Civil Action No.: 4:21-cv-3629** |

## ORDER

AND NOW, upon review of Plaintiff Jerry Baldridge and Defendant SunPath, LTD's Stipulated Motion for Extension of Deadlines to Complete Discovery and file Dispositive Motions, it is hereby ORDERED that the stipulated motion is GRANTED.

The Discovery End Date shall be extended until September 12, 2022.

The Motion Cut Off Date shall be extended until October 15, 2022.

All other deadlines set forth in the February 3, 2022 Scheduling Order shall remain in effect.

SO ORDERED this ____**22**____ date of ____July____, 2022.

BY THE COURT:

DAVID HITTNER
UNITED STATES DISTRICT JUDGE