Case 4:21-cv-03629   Document 38   Filed on 11/17/22 in TXSD   Page 1 of 1
Case 4:21-cv-03629   Document 34-1   Filed on 11/16/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 18, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **JERRY BALDRIDGE,** § § § | |
| Plaintiff, § | Civil Action No.: 4:21-cv-3629 |
| § § | |
| v. § § | |
| **SUNPATH, LTD.,** § § | |
| Defendant. § § | |

## ORDER

AND NOW, upon review of Plaintiff Jerry Baldridge's Consent Motion for Extension of Deadlines for briefing as to Defendant's Motion for Summary Judgment, it is hereby ORDERED that the stipulated motion is GRANTED.

Plaintiff's deadlines to respond to Defendant's motion for summary judgment shall be extended until November 17, 2022. Defendant's deadline to reply to Plaintiff's response shall be extended until December 1, 2022.

SO ORDERED this ___17___ date of ___Nov___, 2022.

BY THE COURT:

*/s/ David Hittner*

DAVID HITTNER
UNITED STATES DISTRICT JUDGE