# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Jerry Baldridge

v.                                    Case Number: 4:21−cv−03629

Sunpath Ltd

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

David Hittner

**PLACE:** Courtroom 8A
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 1/19/2023

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Pretrial Conference


Date:    December 5, 2022

Nathan Ochsner, Clerk